**Linda D. ELLISION, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 2012–3006.

United States Court of Appeals,
Federal Circuit.

Nov. 3, 2011.

ON MOTION

**ORDER**

Linda D. Ellision moves to withdraw her appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.